Louis Goldberger, Respondent, v. Cranford Defense Housing Corporation, Appellant.

Submitted February 21, 1947; decided April 11, 1947.

Paul O'Dwyer and Harold A. Lobar for appellant.
Doris I. Byrne and Leo Eckman for respondent.

Appeal dismissed, with costs upon the ground that the order does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Thacher, Dye and Fuld, JJ.